DOWNEY BRAND LLP
JEFFREY S. GALVIN (Bar No. 170223)
ERIN E. WEBER (Bar No. 221279)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jgalvin@downeybrand.com
eweber@downeybrand.com

Attorneys for Defendant
POWER INNOVATIONS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W-J ELECTRONIC SALES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER INNOVATIONS INTERNATIONAL, INC., a Utah corporation,<br><br>Defendant. | Case No. C 09 00395 PVT<br><br>**ORDER ON STIPULATION TO STAY ACTION** |

By and through their respective undersigned counsel, Plaintiff W-J ELECTRONIC SALES and Defendant POWER INNOVATIONS INTERNATIONAL, INC. (the "Parties") hereby stipulate as follows:

1. A dispute has arisen between W-J ELECTRONIC SALES and POWER INNOVATIONS INTERNATIONAL, INC. regarding payments under a Sales Representative Agreement ("Agreement") executed by the Parties.

2. The Agreement contains an arbitration clause.

3. Pursuant to 9 U.S.C. § 3, et seq., and the Agreement, the Parties agree to submit to binding arbitration on all issues raised in the above-entitled case. The arbitration shall be handled by the American Arbitration Association (AAA) and by agreement of the Parties shall be venued

1  in Salt Lake City, Utah.

2      4.    The parties further agree that this Action shall be stayed pending the outcome of the arbitration. Upon a final award being rendered by the arbitrator, the stay shall be deemed lifted, and any party may petition this Court under 9 U.S.C. § 9 to confirm the arbitrator's award as a judgment of the Court. The parties consent to the jurisdiction of this Court for purposes of confirming and enforcing the arbitration award.

DATED: March 5, 2009          DOWNEY BRAND LLP

By:   /s/ Erin E. Weber
ERIN E. WEBER
Attorneys for Defendant
POWER INNOVATIONS
INTERNATIONAL, INC.

DATED: March 5, 2009          PORTER LAW GROUP, INC.

By:   /s/ William L. Porter (as authorized on 3/5/09)
WILLIAM L. PORTER
Attorney for Plaintiff
W-J ELECTRONIC SALES

## ORDER

Having considered the foregoing stipulation of the Parties, and good cause appearing, the Court orders that this Action is stayed pending completion of binding arbitration between the Parties as set forth in the Sales Representative Agreement.

IT IS SO ORDERED.

DATED: March 10, 2009

_____
UNITED STATES MAGISTRATE JUDGE