UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| W-J ELECTRONICS SALES,<br><br>    Plaintiff,<br><br>v.<br><br>POWER INNOVATIONS INTERNATIONAL, INC.,<br><br>    Defendant. | Case No.: C 09-0395 PVT<br><br>**ORDER** V<small>ACATING</small> C<small>ASE</small> M<small>ANAGEMENT</small> C<small>ONFERENCE AND</small> S<small>ETTING</small> S<small>CHEDULE</small> <small>FOR</small> S<small>TATUS</small> R<small>EPORTS</small> |

On March 10, 2009, the court issued an order staying this action pursuant to the parties' stipulation.[1] Therefore,

IT IS HEREBY ORDERED that the Case Management Conference is VACATED.

IT IS FURTHER ORDERED that the parties shall file a joint status statement no later than September 10, 2009, and every 90 days thereafter until the stay is lifted or the case is closed.

IT IS FURTHER ORDERED that the parties shall notify the court within 30 days after the arbitration is complete, or the parties settle their dispute, whichever occurs first.

Dated: *3/10/09*

                              PATRICIA V. TRUMBULL
                              United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.